STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

**REHEARING ACTION: October 9, 2013**

**Docket Number: 13   00110-CA**

**OLYMPIA MINERALS, LLC, ET AL.**
**VERSUS**
**H. S. RESOURCES, INC., ET AL.**

**Appealed from Beauregard Parish Case No. C-2005-927**

<u>**BEFORE JUDGES**</u>**:**

>    **Hon. Ulysses Gene Thibodeaux**
>    **Hon. Elizabeth A. Pickett**
>    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **The Wiser Oil Company, et al** and the application for rehearing

filed by **Olympia Minerals, LLC, et al** have this day been

>    **DENIED.**

cc: David Ramsey Lestage, Counsel for the Appellant
    Carlos R. Soltero, Counsel for the Appellant
    Mark Domel, Counsel for the Appellant
    Nicholas P. Laurent, Counsel for the Appellant
    Jonathan D. Baughman, Counsel for the Appellant
    Thomas More Flanagan, Counsel for the Appellant
    Chris L. Halgren, Counsel for the Appellant
    Ferrall Steve Landreneau, Counsel for the Appellant
    Andy Dupre, Counsel for the Appellant
    Charles Zerner, Counsel for the Appellant
    Barry Lee Wertz, Counsel for the Appellant
    David Patrick Long, Counsel for the Appellee
    M. Hampton Carver, Counsel for the Appellee
    John Anthony Dunlap, Counsel for the Appellee
    Barry Craig Barnett, Counsel for the Appellee
    Daniel H. Charest, Counsel for the Appellee
    Brian D. Melton, Counsel for the Appellee
    Brian M. Gillett, Counsel for the Appellee
    Leslie R. Leavoy, Jr. , Counsel for the Appellee